UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03964-WLH-JDE | Date | July 24, 2026 |
| Title | ***Tareq Hamed v. James Janecka et al.*** | | |

| | |
|---|---|
| Present: The Honorable | WESLEY L. HSU, United States District Judge |

| | |
|---|---|
| Claudia Garcia-Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER DENYING PETITIONER'S EX PARTE APPLICATION [2]**

The Court is in receipt of Petitioner Tareq Hamed's *Ex Parte* Application for Temporary Restraining Order (the "Application"). (Application, Dkt. No. 2). Petitioner also filed a Notice of Voluntary Dismissal indicating that he voluntarily dismisses this action without prejudice. For this reason, the Application is **DENIED** as moot. The Court also **ORDERS** this case **DISMISSED** without prejudice.

**IT IS SO ORDERED.**